October 21, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

KATY INTERNATIONAL, INC. F/KA/ EMER INTERNATIONAL, INC., MENGGHUI ZHANG AND BINGHUA JIANG, Appellants

NO. 14-13-00615-CV                               V.

JINCHUN JIANG, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jinchun Jiang, signed April 16, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in rendering judgment against appellants Menggui Zhang and Binghua Jiang. We therefore **REVERSE** the judgment against appellants Menggui Zhang and Binghua Jiang and **RENDER** a take nothing judgment in their favor.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellant, Katy International, Inc. f/ka/ Emer International, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.